UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**Juan Gabriel Antunes De Freitas**

   **V.**

                        **CIVIL ACTION NO. 1:26-cv-11988-MJJ**


**Muniz et al**

                       **ORDER OF DISMISSAL**


**JOUN, D.J.**


    In accordance with the Respondents' Status Report dated May 12, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


/s/ Sophie Phillips

May 12, 2026                  --------------------------

                               **Deputy Clerk**